

**NUMBER 13-14-00126-CV**

**COURT OF APPEALS**
**THIRTEENTH DISTRICT OF TEXAS**
**CORPUS CHRISTI - EDINBURG**

---

**IN RE THOMAS AGRESTI**

---

**On Petition for Writ of Mandamus.**

---

**NUMBER 13-14-00149-CV**

**COURT OF APPEALS**
**THIRTEENTH DISTRICT OF TEXAS**
**CORPUS CHRISTI - EDINBURG**

---

**IN RE ING AMERICA EQUITIES, INC. AND SECURITY LIFE OF DENVER INSURANCE COMPANY**

---

**On Petition for Writ of Mandamus.**

---

**NUMBER 13-14-00154-CV**

**COURT OF APPEALS**
**THIRTEENTH DISTRICT OF TEXAS**
**CORPUS CHRISTI - EDINBURG**

---

**IN RE AMERICAN GENERAL LIFE INSURANCE COMPANY AND
AMERICAN INTERNATIONAL GROUP, INC.**

**On Petition for Writ of Mandamus.**

**NUMBER 13-14-00168-CV**

**COURT OF APPEALS
THIRTEENTH DISTRICT OF TEXAS
CORPUS CHRISTI - EDINBURG**

**IN RE NELSON P. TODD, ORCHARD FINANCIAL GROUP, LLC, AND
ORCHARD ADMINISTRATORS, LLC**

**On Petition for Writ of Mandamus.**

**ORDER**

**Before Chief Justice Valdez and Justices Benavides and Longoria
Order Per Curiam**

There are four original proceedings pending in this Court arising from the same trial court cause number and concerning the trial court's May 21, 2013 order denying relators' motions to dismiss based on a forum selection clause:  *In re Agresti*, filed in cause number 13-14-00126-CV, *In re ING America Equities, Inc. and Security Life of Denver Insurance Company*, filed in cause number 13-14-00149-CV, *In re American General Life Insurance Company and American International Group, Inc.*, filed in cause number 13-14-00154-CV, and *In re Nelson P. Todd, Orchard Financial Group, LLC, and Orchard Administrators, LLC*, filed in cause number 13-14-00168-CV.

2

Real parties in interest, Dr. Rosario Parra as Trustee of the Raul A. Marquez Trust and Dr. Raul A. Marquez, have filed an unopposed motion to consolidate all writs of mandamus that have been filed or that will be filed stemming from the trial court order signed on May 21, 2013. The Court, having examined and fully considered the motion to consolidate, is of the opinion that the motion should be and is GRANTED. These cases will be consolidated for purposes of the record and briefing.

Real parties in interest, Dr. Rosario Parra as Trustee of the Raul A. Marquez Trust and Dr. Raul A. Marquez, have further filed an unopposed second motion for extension of time to file their response in each of these causes. The Court GRANTS the motion for extension and orders that the real parties' response to the petitions for writ of mandamus is due on or before March 31, 2014. Similarly, any others whose interest would be directly affected by the relief sought should also file their response on or before March 31, 2014. *See* TEX. R. APP. P. 52.2, 52.4, 52.8.

IT IS SO ORDERED.

PER CURIAM

Delivered and filed the
19th day of March, 2014.

3